Case 2:15-cv-00129-TOR    Document 20    Filed 08/21/15

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES ALLEN SUSKE KINNEY,<br><br>  Plaintiff,<br><br>  v.<br><br>THE STATE OF WASHINGTON, THE WASHINGTON DEPARTMENT OF CORRECTIONS and GOVERNOR JAY INSLEE,<br><br>  Defendants. | NO: 2:15-CV-00129-TOR<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING MOTION FOR TEMPORARY FURLOUGH |

BEFORE THE COURT is Magistrate Judge Rodgers' Report and Recommendation (ECF No. 17) to deny Plaintiff's Motion for Temporary Furlough (ECF No. 5). Plaintiff's deadline for filing objections to the Report and Recommendation was August 10, 2015. On August 12, 2015, the Court received a document titled, "Clarification," but no specific objections were made to the Report and Recommendation.

ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING MOTION FOR TEMPORARY FURLOUGH -- 1

1  There being no objections, the Court **ADOPTS** the Report and
2  Recommendation in its entirety.  The Motion for Temporary Furlough (ECF No. 5)
3  is **DENIED.**

4  **IT IS SO ORDERED**.  The District Court Executive is directed to enter this
5  order and forward a copy to Plaintiff.

6  **DATED** August 21, 2015.



THOMAS O. RICE
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING
MOTION FOR TEMPORARY FURLOUGH -- 2