UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES ALLEN SUSKE KINNEY,<br><br>      Plaintiff,<br><br> v.<br><br>THE STATE OF WASHINGTON, THE WASHINGTON DEPARTMENT OF CORRECTIONS and GOVERNOR JAY INSLEE,<br><br>      Defendants. | NO: 2:15-CV-00129-TOR<br><br>ORDER GRANTING MOTION TO VOLUNTARILY DISMISS, DISMISSING COMPLAINT AND DIRECTING THAT COLLECTION OF THE FILING FEE CEASE |

By Order filed August 4, 2015, the Court directed Plaintiff, a *pro se* prisoner at the Airway Heights Corrections Center who is proceeding *in forma pauperis* to clarify whether he wished to proceed with his First Amended Complaint (ECF No. 14) or to voluntarily dismiss this action pursuant to his Motion filed June 24, 2015 (ECF No. 13). Defendants have not been served in this action.

ORDER GRANTING MOTION TO VOLUNTARILY DISMISS, DISMISSING COMPLAINT AND DIRECTING THAT COLLECTION OF THE FILING FEE CEASE -- 1

On August 12, 2015, Plaintiff submitted a two page response titled, "Clarification," along with the documents pertaining to the dismissal of his other case, 2:15-CV-00128-TOR (ECF No. 19). Plaintiff indicates that it was his intent to have this case dismissed. He also indicates that he wishes to have collection of the remaining balance of the filing fee in both cases filed in this District waived.

Therefore, **IT IS ORDERED** the Motion to Voluntarily Dismiss (ECF No. 13) is **GRANTED** pursuant to Fed. R. Civ. P. 41(a) and the Complaint (ECF No. 10) is **DISMISSED WITHOUT PREJUDICE.** For good cause shown, **IT IS FURTHER ORDERED** that Plaintiff's request to waive collection of the filing fee is **GRANTED** and the institution having custody of Mr. Kinney shall cease collection of the filing fee in this action, cause number **2:15-CV-00129-TOR (formerly JTR).** In addition, all pending Motions are **DENIED as moot** and all pending deadlines shall be stricken.

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order, enter judgment of dismissal without prejudice, forward a copy to Plaintiff and close the file. The District Court Executive is further directed to send a copy of this Order to the Office of the **Department of Corrections, Attn: LFO/COS UNIT, P.O. Box 41107, Olympia, WA  98504-1107,** to forward to the appropriate agency having custody of Plaintiff. The District Court Executive also **shall**

ORDER GRANTING MOTION TO VOLUNTARILY DISMISS, DISMISSING COMPLAINT AND DIRECTING THAT COLLECTION OF THE FILING FEE CEASE -- 2

1 | provide a copy of this Order to the Financial Administrator for the United States

2 | District Court, Eastern District of Washington.

3 |     **DATED** August 21, 2015.

5 |                          THOMAS O. RICE
                       United States District Judge